UNITED STATES DISTRICT COURT
SOUTHERN OHIO DISTRICT
EASTERN DIVISION

Corissa D.B.,

    Plaintiff,                                     Case No. 2:21-cv-1816
                                              Judge Sarah D. Morrison

v.                                                 Magistrate Judge Elizabeth
                                                P. Deavers

Commissioner of Social Security,

    Defendant.

**OPINION AND ORDER**

This matter is before the Court for consideration of the Objections filed by the Plaintiff Corissa D.B. (ECF No. 21) to the Report and Recommendation of the Magistrate Judge recommending that the decision of the Commissioner of the Social Security Commissioner be affirmed. (ECF No. 20).

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, after a *de novo* and careful determination of the record, the Court concludes that the decision of the Commissioner "is supported by substantial evidence and was made pursuant to proper legal standards." *Rogers v. Comm'r of Soc. Sec.*, 486 F. 3d 234, 241 (6th Cir. 2007). The issues raised in the Plaintiff's Objections have been considered and correctly addressed by the Magistrate Judge.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. (ECF No. 20.) The decision of the Commissioner denying disability benefits in this case is **AFFIRMED**. Judgment shall be rendered in favor of the Commissioner. The Clerk shall terminate this case from the Court's docket.

**IT IS SO ORDERED**.

                               /s/Sarah D. Morrison
                               **SARAH D. MORRISON**
                               **UNITED STATES DISTRICT JUDGE**